# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

        Plaintiff,      :

      vs      :      Case No. 3:16-CR-42

ANTHONY THOMAS      :

        Defendant.

## ORDER TERMINATING SUPERVISED RELEASE

On March 14, 2017, the above named was sentenced to a term of five (5) years Supervised Release following his term of imprisonment. For good cause shown, it is hereby ordered that the Defendant, Anthony Thomas, is discharged from Supervised Release and the proceedings in this case be terminated.

    **IT IS SO ORDERED.**

                                      *s/ Thomas M. Rose*

Dated: November 6, 2020

                                      Thomas M. Rose, Judge
                                      United States District Court